|  |  |
|---|---|
| 1 | TIMOTHY COURCHAINE<br>United States Attorney |
| 2 | District of Arizona |
| 3 | DIAMOND ZAMBRANO<br>Assistant U.S. Attorney |
| 4 | Arizona State Bar No. 036390<br>Two Renaissance Square |
| 5 | 40 N. Central Ave., Suite 1800<br>Phoenix, Arizona 85004 |
| 6 | Telephone: 602-514-7500<br>Email: Diamond.Zambrano@usdoj.gov |
| 7 | Attorneys for Plaintiff |

☒ FILED  ☐ LODGED

**Aug 25 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-25-08160-PHX-JAT (MTM) |
|---|---|
| Plaintiff, | Mag. No. 25-5366MJ |
| v. |  |
| Jesus Armando Leal-Garcia, | **I N F O R M A T I O N** |
| Defendant. | VIO: 8 U.S.C. § 1326(a) |
|  | (Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about August 1, 2025, at or near Holbrook, in the District of Arizona, the defendant JESUS ARMANDO LEAL-GARCIA, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 3, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Dated this  12th  day of  August , 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*Digitally signed by DIAMOND ZAMBRANO*
*Date: 2025.08.12 04:05:29 -07'00'*

DIAMOND ZAMBRANO
Assistant U.S. Attorney